IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

DELORES W. MATTHEWS
ON BEHALF OF J.D.M., A MINOR

VS.                                             CIVIL ACTION NO. 2:12cv38-KS-MTP

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on June 10, 2013, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and that this Court finds that the Commissioner's decision, that J.D.M. is not entitled to SSI benefits, is supported by substantial evidence and uses the correct legal standards.

IT IS, THEREFORE, ORDERED that the Motion to Affirm the Commissioner's decision [17] be **granted** and the denial of benefits affirmed.

SO ORDERED, this the 24th day of July, 2013.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE